IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 AUG -9 A 9: 50

CLERK_____
SO. DIST. OF GA.

WILLIAM WILSON, )
)
     Plaintiff, )
)
v. )     CV 317-004
)
PHILLIP HALL, Warden; GEORGIA )
DEPARTMENT OF CORRECTIONS; )
and TELFAIR COUNTY, )
)
     Defendants. )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 23.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's Motion for a Preliminary Injunction (doc. no. 20), **DISMISSES** Plaintiff's amended complaint for failure to state a claim, and **CLOSES** this civil action.

SO ORDERED this ___ day of August, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE